■ CITYFRONT HOTEL ASSOCIATES LIMITED PARTNERSHIP et al., Appellants, v STARWOOD HOTELS & RESORTS WORLDWIDE, INC., et al., Respondents. [37 NYS3d 878]—

Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered June 1, 2016, which denied plaintiffs' motion for a preliminary injunction, unanimously affirmed, with costs.

The court providently exercised its discretion in denying the application to enjoin the announced hotel chain merger for failure to demonstrate that the harm would be irreparable. Plaintiffs' claimed projected losses all amounted to loss of

revenue, which defendants' expert showed, without contradiction, was calculable (*see SportsChannel Am. Assoc. v National Hockey League*, 186 AD2d 417, 418 [1st Dept 1992]).

In view of the foregoing, it is unnecessary to address the parties' contentions regarding the other requisites of preliminary injunctive relief. Concur—Friedman, J.P., Andrias, Richter, Gische and Kahn, JJ.